File Hashes for IP Address 71.201.120.194

**ISP:** Comcast Cable
**Physical Location:** Winnetka, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/04/2013 22:34:48 | 7F7E95C9487CE032751995CC58A23CC7E0B50BEF | Tuesday Morning |
| 03/04/2013 22:33:15 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |
| 02/21/2013 02:39:12 | D47073F1CC0BE0152CDB2830B62CFA814F8A1EEE | Black and White |
| 02/21/2013 02:27:36 | F2F5A22A9C90FFD10E6E08D5690E9EAB531F0C8E | Apartment in Madrid |
| 01/30/2013 21:47:59 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 01/30/2013 21:46:18 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 01/30/2013 21:43:26 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 01/30/2013 21:41:27 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/30/2013 21:12:25 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 01/30/2013 21:09:35 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/21/2013 20:38:51 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NIL69